STEPHANIE HINDS
Acting United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN, SBN 259511
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (510) 970-4806
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG CHAN,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case no. 3:20-cv-03389-WHO<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER |

    Subject to the Court's approval, the parties hereby stipulate that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

////

////

////

////

Joint Stipulation to Voluntary Remand; Case no. 3:20-cv-03389-WHO

1  Upon remand, the Appeals Council will remand the case to an administrative law judge
2  (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reconsider the severity
3  of Plaintiff's impairments, reevaluate the medical evidence, and reevaluate Plaintiff's symptoms
4  and subjective statements.  The Appeals Council will instruct the ALJ to consider whether the
5  special medical-vocational profile described in 20 C.F.R. § 416.962(b) ("Adverse Profile") is
6  applicable in this case.  The Appeals Council will instruct the ALJ to take further action, as
7  warranted, to complete the administrative record and resolve the above issues. The parties
8  further request that the Court direct the Clerk of the Court to enter a final judgment in favor of
9  Plaintiff and against Defendant, reversing his final decision.

Respectfully submitted,

Date: *October 12, 2021*      */s/ Lydia Chao*
                              LYDIA CHAO
                              Attorney for Plaintiff (signature authorized by email)

Date: *October 12, 2021*      STEPHANIE HINDS
                              Acting United States Attorney

                               */s/ Timothy R. Bolin*
                              TIMOTHY R. BOLIN
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

Julie Cummings
Social Security Administration
Of Counsel

Carol S. Clark
Social Security Administration
Of Counsel

### ORDER

Based upon the foregoing stipulation, THE COURT ORDERS that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and that

Joint Stipulation to Voluntary Remand; Case no. 3:20-cv-03389-WHO

1  judgment be entered for Plaintiff. On remand from this Court, the Appeals Council will remand
2  the case to an administrative law judge for a new decision.

Date:   October 12, 2021

_____
HON. WILLIAM H. ORRICK
United States District Court Judge

Joint Stipulation to Voluntary Remand; Case no. 3:20-cv-03389-WHO